IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS,<br><br>                            **Plaintiffs,**<br>     v.<br><br>COULTER VENTURES, LLC d/b/a ROGUE FITNESS,<br><br>                            **Defendant.** | Civil Action No. 3:23-cv-46<br><br>NOTICE OF VOLUNTARY<br>**<u>DISMISSAL WITHOUT PREJUDICE</u>** |

      Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems, by and through its undersigned counsel and pursuant to Rule 41(a)(1)(i), F.R.Civ.P., hereby gives notice of its voluntary dismissal of this action without prejudice, no defendant having served an answer or motion for summary judgment or otherwise appeared.

      Dated: September 20, 2023

                                                              **<u>/s/Rodrick J. Enns</u>**
                                                               Rodrick J. Enns
                                                                N.C. State Bar No. 12151
                                                               ENNS & ARCHER LLP
                                                                939 Burke Street
                                                                Winston-Salem, NC 27101
                                                               Telephone: (336) 723-5180
                                                               Facsimile: (336) 723-5181
                                                               E-mail: renns@ennsandarcher.com

                                                               *Attorneys for Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems*